UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO SERRANO TORRES,<br><br>                    Plaintiff,<br>         -v-<br><br>TEN WESTSIDE CORP. et al.,<br><br>                    Defendants. | 18 Civ. 330 (PAE)<br>18 Civ. 7252 (PAE)<br><br>ORDER |
| CARLOS ENRIQUE TOJ OVALLE,<br><br>                    Plaintiff,<br>         -v-<br><br>TEN WESTSIDE CORP. et al.,<br><br>                    Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court will hold a three-day bench trial in these consolidated cases beginning on February 3, 2020. All other dates and deadlines remain in place.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 22, 2019
       New York, New York